MASLANKA, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Leonora Maslanka, as administratrix, etc., against the American Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 150 N. Y. Supp. 1096.

MASON SEAMAN TRANSP. CO., Appellant, v. MITCHEL, Mayor, et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Mason Seaman Transportation Company against John Purroy Mitchel, as Mayor, etc., and others. A. K. Wing, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 N. Y. Supp. 1129.

MATHIESON v. MENTE et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Malcolm Ross Matheson, as substituted trustee, etc., against Ottilie Mente and others, in which the Title Insurance Company of New York and others are appellants. No opinion. Respondent's motion to resettle order granted. Appellants' motion for additional findings denied. See, also, 164 App. Div. 955, 149 N. Y. Supp. 1096.

MAUERER, Respondent, v. HICKLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Ellen Mauerer against Mary Hickler. No opinion. Judgment and order affirmed, with costs.

MEYER, Appellant, v. HEDGES, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Ludwig Meyer against Dayton Hedges. H. G. K. Heath, of New York City, for appellant. J. F. Donnelly, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 1130; 152 N. Y. Supp. 1127.

MEYER, Appellant, v. HEDGES, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Ludwig Meyer against Dayton Hedges. H. G. K. Heath, of New York City, for appellant. J. F. Donnelly, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 N. Y. Supp. 1130; 152 N. Y. Supp. 1127.

M. C. BABCOCK CO., Respondent, v. GOODWIN, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by M. C. Babcock Company against Henry G. Goodwin. T. J. Curran, of New York City, for appellant. R. Hinds, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MEIGHAN v. ROHE et al. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Catherine Meighan against Lillie E. Rohe and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 785.

MELLA, Respondent, v. BURATI, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Michael Mella, an infant, against Leon Burati. W. J. Hoffman, of New York City, for appellant. E. S. Greenbaum, of New York City, for respondent. Appeal dismissed, with $10 costs. Order filed. Opinion per curiam.

MELTON, Respondent, v. HAVEMEYER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by Walter Melton against Horace Havemeyer and others. J. W. Hannon, of New York City, for appellants. M. Feltenstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re MELVIN STABLE CO. et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) In the matter of the Melvin Stable Company and others. C. A. Appleton and N. L. Keach, both of New York City, for appellants. W. L. Tierney, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MESSER v. BURSTEIN et al. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Fannie Messer against Charles Burstein and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1130.

METROPOLITAN LIFE INS. CO., Respondent, v. HEINZE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by the Metropolitan Life Insurance Company against Ruth H. Heinze and another. F. Bien, of New York City, for appellants. P. S. Dean, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 163 App. Div. 951, 148 N. Y. Supp. 1130.

METROPOLITAN TRUST CO. v. STALLO et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Metropolitan Trust Company against Edmund K. Stallo and others. No opinion. Motion granted; questions certified as stated in order; order filed. See, also, 152 N. Y. Supp. 173, 1127.

METROPOLITAN TRUST CO. v. STALLO et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Metropolitan Trust Company against Edmund K. Stallo and others. No opinion. Motion denied, the defendants to have leave to